UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Empire Fire And Marine Insurance Company,<br><br>Plaintiff(s),<br><br>vs.<br><br>Miguel Alejandro Soto Rivadeneira, et al.,<br><br>Defendant(s). | 2:25-cv-01433-RFB-MDC<br><br>**ORDER DENYING EX PARTE MOTION TO EXTEND TIME (ECF NO. 18)** |

Plaintiff Empire Fire And Marine Insurance Company filed a *Sealed Ex Parte Motion to Extend Time* ("Motion")(ECF No. 18) to serve defendant Adonys Luis Montalvo Smith. The Court **DENIES** the Motion. Under Local Rule IA 7-2(b), an "ex parte motion or application must articulate a rule that permits ex parte filing and explain why it is filed on an ex parte basis." Plaintiff has neither articulated the rule that permits it to file ex parte nor explained why it filed the motion ex parte and under seal.

Additionally, plaintiff's filing does not comply with Local Rule IA 10-1(b), which requires that "[d]ocuments filed electronically must be filed in a searchable . . . PDF" file, not merely scanned. These and the other local rules exist to streamline court processes and preserve court resources. The Court directs plaintiffs' counsel to follow the local rules. Failure to do so may result in the striking of future submissions, or other sanctions. Defendant Adonys Luis Montalvo Smith has now appeared in this case, so any prejudice to the defendant regarding this sealed ex parte filing is minimized.

**IT IS ORDERED** that:

1. Plaintiff's *Sealed Ex Parte Motion to Extend Time* ("Motion")(ECF No. 18) is **DENIED.**

2. The Clerk of Court is **DIRECTED TO UNSEAL** the Motion (ECF No. 18).

Date: December 5, 2025

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge

1